UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Dennis M. Cavanaugh |
| v. | Crim No. 05-761 |
| ISMAEL PANTOJA, a/k/a "El Negro" | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Andrew Carey, Assistant U.S. Attorney) and defendant Ismael Pantoja, a/k/a "El Negro" (by Ruben Oliva, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from July 28, 2010 through September 28, 2010, to allow the parties to conduct execute a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant desire additional time to execute a plea agreement, which would render a trial of this matter unnecessary;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 6 day of Aug, 2010,

ORDERED that this action be, and it hereby is, continued July 28, 2010 through September 28, 2010, defense motions, if any, are to be filed by a date to be determined, opposition to defense motions are to be filed by a date to be determined, motions shall be heard on a date to be determined by the Court and the trial shall be scheduled for a date to be determined by the Court absent any other reason to continue the proceedings; and it is further,

ORDERED that the period from July 28, 2010 through September 28, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

Hon. Dennis M. Cavanaugh
United States District Judge

I hereby consent to the form and entry of this Order:

Andrew Carey AUSA

Ruben Oliva, Esq.
Attorney for Defendant